# United States District Court
# Eastern District of California
Redding Branch

UNITED STATES OF AMERICA   )       VIOLATE/CASE NO. __3:15-mj-0016 CMK__
                           )
            vs.            )       **ORDER TO APPEAR**
                           )
__Jason Rollins__          )
                           )
_____)

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on __October 26, 2016__ at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: __9-27-16__

_____
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison