PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00222-KJN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JASON P. ROLLINS, | DATE: January 4, 2017 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Kendall J. Newman |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status Hearing on January 4, 2017.

2. By this stipulation, the parties jointly move to set this matter for a Status Hearing on February 15, 2017, and to exclude time between January 4, 2017, and February 15, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The United States provided discovery to defense counsel in this matter on October 11, 2016. On December 30, 2016, the United States filed a Superseding

Information. The United States will be providing additional discovery related to the Superseding Information.

      b)    Counsel for defendant desires additional time to consult with her client, review the produced discovery and new discovery, investigate the charges in this case, and otherwise prepare for trial.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The United States does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 4, 2017 to February 15, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 31, 2016

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant U.S. Attorney

Dated:  December 31, 2016

/s/ LINDA ALLISON
LINDA ALLISON
Counsel for Defendant
JASON P. ROLLINS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 3rd day of January, 2017.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE