HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
JASON ROLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON ROLLINS,<br><br>Defendant. | Case No. 2:16-cr-00222-KJN<br><br>STIPULATION AND ORDER TO CONTINUE MOTION HEARING & ARRAIGNMENT<br><br>Date: March 29, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between United States Attorney Phillip A. Tabert, through Special Assistant United States Attorney Robert Artuz, attorney for Plaintiff, and Federal Defender Heather Williams, through Chief Assistant for the Federal Defender Linda Allison, on behalf of Jason Rollins, that the motion hearing and arraignment on the superseding information scheduled for March 29, 2017, be vacated and be continued to April 12, 2017, at 9:00 a.m.

This continuance is necessary, as the defense has an unanticipated scheduling conflict on March 29, 2017. Accordingly, the defense requests the additional time to prepare for the motion hearing and to discuss the case with Mr. Rollins.

//

//

//

//

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through April 12, 2017. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4]. It is further stipulated that the ends of justice served by excluding such time outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 16, 2017

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/Linda Allison
LINDA ALLISON
Chief Assistant Federal Defender
Attorneys for Defendant
JASON ROLLINS

DATED: March 16, 2017

PHILLIP A. TALBERT
United States Attorney

/s/Robert Artuz
Robert Artuz
Special Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the March 29, 2017 motion hearing and arraignment shall be continued until April 12, 2017, at 9:00 a.m. Time is excluded from the date of this order through April 12, 2017. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4]. The ends of justice served by excluding such time outweigh the best interest of the public and the defendant in a speedy trial.

Dated: March 17, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE