PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON P. ROLLINS,<br><br>Defendant. | CASE NO. 2:16-CR-00222-KJN<br><br>ORDER DISMISSING COUNTS EIGHT AND NINE OF THE SUPERSEDING INFORMATION |

The United States of America's Motion to Dismiss Counts Eight and Nine of the Superseding Information (ECF No. 22), as well as the original Information (ECF No. 14), without prejudice, which is unopposed by defendant in light of the parties' stipulation to vacate the jury trial (ECF No. 32) is GRANTED.

This order resolves ECF No. 31.

IT IS SO ORDERED.

Dated: August 17, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE